IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01574-BNB

OSIEL RODRIGUEZ,

    Plaintiff,

v.

R. WILEY, Warden, and
MR. COOPER, Supervisor/Director, FCC Florence Financial Management Department,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 15 2009

GREGORY C. LANGHAM
CLERK

---

### ORDER ASSIGNING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, this case is being assigned to District Judge Philip A. Brimmer, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael J. Watanabe. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be assigned to District Judge Philip A. Brimmer, pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Michael J. Watanabe.

DATED September 15, 2009, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01129-BNB

Osiel Rodriguez
Reg No. 21136-018
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226-8500

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/15/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk